IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LAMAR C. CHAPMAN, III,                    :
                Plaintiff,                :
        v.                                : Case 3:18-cv-53-KRG-KAP
ERIC BRADLEY, WARDEN, F.C.I.              :
LORETTO, *et al*.,                        :
                Defendants                :

## Memorandum Order

Plaintiff's Motion to Reopen Case, ECF no. 12, was
referred to Magistrate Judge Keith A. Pesto for in accordance with
the Magistrates Act, 28 U.S.C.§ 636 and Local Civil Rule 72. The
Magistrate Judge filed a Report and Recommendation at ECF no. 13
on December 3, 2018, recommending that the motion be denied without
prejudice to filing the objections allegedly sent in July 2018.

The plaintiff was notified that pursuant to 28 U.S.C.§
636(b)(1), he had fourteen days to file written objections to the
Report and Recommendation. Plaintiff filed objections, ECF no. 14,
that I have reviewed *de novo*.

After review of the record of this matter, the Report and
Recommendation, and the objections thereto, the following order is
entered:

AND NOW, this 19th day of September, 2018, it is

ORDERED that the Motion to Reopen Case, ECF no. 12, is

denied.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

Lamar C. Chapman III, Reg. No. 16900-424
F.C.I. Forrest City Low
P.O. Box 9000
Forrest City, AR 72336